IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

CASE NO.: 1:16 Civ. 2751 (VSB)

GRANITE 1717 HOTEL, LLC, a
Delaware Limited Liability Company,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

_____
Lawrence A. Fuller, Esq. (LF 5450)
LFuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
*Attorneys for the Plaintiff*
Date: March 9, 2017

_____
Joseph J. DiPalma, Esq. (JD 6784)
joseph.dipalma@jacksonlewis.com
Jackson Lewis P.C.
44 S. Broadway, 14th Floor
White Plaints, NY 10601
Telephone: (914) 872-6920
Facsimile: (914) 946-2492
*Attorneys for the Defendant*
Date: March 13, 2017

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK  3/15/2017
UNITED STATES DISTRICT JUDGE